UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CATHERINE P. ALFORD, ET AL. | CIVIL ACTION |
| VERSUS | NO: 13-5457<br>c/w 13-5464<br>    13-5703 |
| CHEVRON U.S.A. INC., ET AL. | SECTION: R |

### ORDER

Considering the Court inadvertently remanded Civil Action Nos. 13-5464 and 13-5703 on an order that only pertained to Civil Action No. 13-5457,

IT IS ORDERED that the order to remand posted in Civil Action Nos. 13-5464 and 13-5703 is hereby VACATED AND SET ASIDE. Those civil actions and the pending motions filed pertaining to those cases are reinstated to the Court's active docket.

New Orleans, Louisiana, this 8th day of January, 2014.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE

CLERK TO NOTIFY:
Clerk, Plaquemines Parish